IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                          CASE NO. 4:12CR00215 JMM

NATHANIEL WAYNE SAUL

### ORDER

Pending is the government's motion to dismiss the forfeiture allegation as to money judgment. (Docket #29). For good cause shown, the motion is GRANTED. The forfeiture allegation, to the extent it seeks a money judgment against the Defendant, is dismissed.

IT IS SO ORDERED this 7th day of November, 2013.

_____
James M. Moody
United States District Judge